UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIAS NAVARRO, | ) | CIV F 03 6506 REC LJO P |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING REQUEST FOR EXTENSION OF PRE-TRIAL |
| | ) | DISPOSITIVE MOTION DEADLINE |
|     v. | ) | |
| | ) | |
| N. GRANNIS, et al., | ) | (DOCUMENT #32) |
| | ) | |
| | ) | Motion Deadline:  September 13, 2005 |
|     Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2005, plaintiff filed what the court construes to be a motion to extend the pre-trial dispositive motion deadline ninety days. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's request is GRANTED;

2. The pre-trial dispositive motion deadline is extended from June 13, 2005 to September 13, 2005; and

3. The extension of the deadline applies to both plaintiff and defendants.

IT IS SO ORDERED.

**Dated:   May 19, 2005**             /s/ Lawrence J. O'Neill
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE