# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS NAVARRO, | CASE NO. 1:03-CV-6506-REC-LJO-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS |
| v. | |
| N. GRANNIS, et al., | (Docs. 34-36) |
| Defendants. | |

/

Plaintiff Elias Navarro ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 13, 2005, defendants filed a motion for summary judgment.  To date, plaintiff has not filed an opposition or a statement of non-opposition to the motion.  Local Rule 78-230(m).

Accordingly, it is HEREBY ORDERED that:

1.   Within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion for summary judgment; and

///
///
///
///
///
///

1

2.     <u>If plaintiff fails to file an opposition or a statement of non-opposition in compliance
with this order, this action shall be dismissed for failure to obey a court order and
failure to prosecute.</u>

IT IS SO ORDERED.

**Dated:   August 8, 2005**               _____**/s/ Lawrence J. O'Neill**_____
b9ed48                                UNITED STATES MAGISTRATE JUDGE