UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS NAVARRO, ) | 1:03-CV-6506 REC LJO P |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| v. ) | |
| ) | |
| N. GRANNIS, et al., ) | (DOCUMENT #38) |
| ) | |
| Defendants. ) | |

On August 22, 2005, plaintiff filed a motion to extend time to file a response to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his response to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:   September 14, 2005** /s/ Lawrence J. O'Neill
i0d3h8 UNITED STATES MAGISTRATE JUDGE