1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    ELIAS NAVARRO,                CASE NO. 1:03-CV-6506-REC-LJO-P

10             Plaintiff,         ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, DISMISSING

11    v.                          ACTION, AND DIRECTING ENTRY OF
JUDGMENT FOR DEFENDANTS

12    N. GRANNIS, et al.,

13             Defendants.       (Docs. 39 and 40)

14    _____/

15        Plaintiff Elias Navarro ("plaintiff") is a state prisoner proceeding pro se and in forma

16 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

17 States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18        On October 28, 2005, the Magistrate Judge filed a Findings and Recommendations herein

19 which was served on the parties and which contained notice to the parties that any objections to the

20 Findings and Recommendations were to be filed within twenty days.  The parties have not filed

21 timely objections to the Findings and Recommendations.

22        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

23 Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

24 Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

25        Accordingly, IT IS HEREBY ORDERED that:

26       1.      The Findings and Recommendations, filed October 28, 2005, is adopted in full; and

27       2.      This action is dismissed based on plaintiff's failure to obey the Court's orders of

28                 August 8, 2005, and September 15, 2005, and failure to prosecute.

1    3.    The Clerk of the Court is directed to enter judgment for defendants.

2  IT IS SO ORDERED.

3  **Dated: November 29, 2005**          **/s/ Robert E. Coyle**

   668554                               UNITED STATES DISTRICT JUDGE

2